IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

EVERARDO RODRIGUEZ-VASQUEZ, :
        Petitioner, :
    vs. : CIVIL ACTION NO.: CV513-083
FEDERAL BUREAU OF PRISONS and :
TRACY JOHNS, Warden, :
        Respondents. :

## ORDER

Petitioner, an inmate formerly housed at D. Ray James Correctional Facility in Folkston, Georgia, filed the captioned action pursuant to 28 U.S.C. § 2241. In this Court's Order dated October 9, 2013, Petitioner was advised that he "... shall immediately inform this Court of any change of address. Failure to do so will result in dismissal of this case, without prejudice."

On April 15, 2014, the Clerk's office forwarded a copy of an Order to Petitioner at D. Ray James Correctional Facility, the only address provided by Petitioner. That Order were returned by the United States Postal Service, with the notation "Return to Sender - Inmate No Longer at This Facility." As Petitioner has not advised the Court of a change in his address, in violation of this Court's October 9, 2013, Order this action is **DISMISSED**, without prejudice, for want of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Link v. Wabash Railroad Company, 370 U.S. 626 (1962).

**SO ORDERED**, this 25 day of April, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA